PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO CHAVEZ VASQUEZ, | ) | CASE NO. 4:26-cv-1283 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| KEVIN RAYCRAFT, Field Office Director | ) | |
| *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Respondents. | ) | |

Petitioner Roberto Chavez Vasquez filed an Unopposed Motion to Voluntarily Dismiss his habeas petition pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 10. He indicated that he wishes to withdraw his petition and voluntarily return to Mexico, his home country. Respondents do not oppose the motion. ECF No. 10. The motion is granted, and the case shall be dismissed without prejudice.

IT IS SO ORDERED.

August 21, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge